UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TARA LAGRAND, on her own behalf and other
similarly situated,

                      Plaintiff,

-vs-                                                        Case No. 2:10-cv-32-FtM-29SPC

T. ADRIAN PETRILA, P.A., A Florida Profit
Corporation,

                      Defendant.
_____

## ORDER

This matter comes before the Court on the Defendant T. Adrian Petrila, P.A.'s Unopposed Motion for Extension of Time to Serve Payroll Records and Time Sheets (Doc. #14) filed on March 5, 2010. The Defendant moves the Court to extend the deadline to submit the payroll records and time sheets. Counsel seeks to have the deadline extended to be contemporaneous with the deadline for the added Defendant, Prosults, Inc., to answer the Amended Complaint. Pursuant to Local Rule 3.01(g), opposing Counsel does not object to the relief requested. Having found good cause, the Court will grant the extension of time.

Accordingly, it is now

**ORDERED:**

The Defendant T. Adrian Petrila, P.A.'s Unopposed Motion for Extension of Time to Serve Payroll Records and Time Sheets (Doc. #14) is **GRANTED**. The Defendant shall have up to and

including **MARCH 26, 2010**, to exchange the documents as directed by the FLSA Scheduling Order.

**DONE AND ORDERED** at Fort Myers, Florida, this ___11th___ day of March, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record