UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TARA LAGRAND, on her own behalf and other
similarly situated,

           Plaintiff,

-vs-                                            Case No. 2:10-cv-32-FtM-29SPC

T. ADRIAN PETRILA, P.A., A Florida Profit
Corporation,

           Defendant.
_____

**ORDER**

        This matter comes before the Court on the Parties' Joint Request to Postpone Case Management Report Requirement (Doc. #31) filed on August 25, 2010. The Parties request an indefinite extension of the time to file a case management report because they are still in settlement negotiations. As the Court noted in its August 11, 2010 Order (Doc. #30), this case has been pending since January 2010, without established deadlines. However, finding good cause, the Court will allow a 30-day extension of the deadline. Accordingly, it is now

        **ORDERED:**

        The Parties' Joint Request to Postpone Case Management Report Requirement (Doc. #31) is **GRANTED in part**. The Parties have up to an including **September 24, 2010** to file their Case Management Report.

        **DONE AND ORDERED** at Fort Myers, Florida, this   26th   day of August, 2010.

                                                            SHERI POLSTER CHAPPELL
                                                            UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record