**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**TARA LAGRAND, on her own behalf and other similarly situated,**

      **Plaintiff,**

-vs-                              Case No.  2:10-cv-32-FtM-29SPC

**T. ADRIAN PETRILA, P.A., A Florida Profit Corporation,**

      **Defendant.**

_____

# ORDER

On December 1, 2010, a settlement conference was conducted. The parties are continuing to attempt to settle this matter. Therefore, to aid in the settlement efforts, the Court will stay discovery until January 15, 2011. During the period of the stay, the parties shall exchange the information specified at the settlement conference.

**IT IS HEREBY ORDERED:**

1) The discovery in this action shall be stayed until January 15, 2011.

2) During the period of the stay, the parties shall exchange the information specified during the settlement conference.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this 2nd day of December, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record